# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Cynthia D. Houston,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-541-MR

Michael J. Astrue,
Commissioner of Social Security,

       Defendant.


DECISION BY COURT.  This action having come before the Court by Petition for Attorney's Fees and Costs and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of Nine Hundred Eighty and 50/100 Dollars ($980.50) for attorney's fees and costs in accordance with the Court's August 5, 2009 Order.


                                         Signed: August 10, 2009

                                         Frank G. Johns, Clerk
                                         United States District Court